**UNITED STATES of America, Appellee,**

v.

**Emmanuel HERRON, Appellant.**

No. 07–1507.

United States Court of Appeals, Eighth Circuit.

Submitted: April 29, 2008.

Filed: May 2, 2008.

John P. Messina, Federal Public Defender's Office, Des Moines, IA, Shawn S. Wehde, U.S. Attorney's Office, Sioux City, IA, for Appellee.

Emmanuel Herron, Orange City, IA, pro se.

Robert A. Wichser, Federal Public Defender's Office, Sioux City, IA, for Appellant.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Emmanuel Herron (Herron) challenges the district court's[1] judgment entered upon a jury verdict finding Herron guilty of drug and firearm offenses. Herron's counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the admission of evidence derived from a warrantless entry. Because Herron did not file a motion to suppress in the district court, we are "not in a position to intelligently and responsibly" conduct plain error review of the matter. *See United States v. Wenner*, 417 F.2d 979, 981–82 (8th Cir.1969) (refusing to consider a Fourth Amendment argument asserted for first time on appeal; noting the plain error rule should be applied with caution, not liberally, and should be invoked only to avoid a clear miscarriage of justice).

Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

We affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.